**No. 09-9426. Darryl McGore, Petitioner v. Nick Ludwick, Warden, et al.**

559 U.S. 1110, 130 S. Ct. 2414, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3845.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9427. Lawrence L. Mayes, Petitioner v. Greg Province, Warden.**

559 U.S. 1110, 130 S. Ct. 2414, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3685.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 353 Fed. Appx. 100.

**No. 09-9435. Manuel T. Ruffin, Petitioner v. North Carolina Department of Corrections.**

559 U.S. 1111, 130 S. Ct. 2428, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3838.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 351 Fed. Appx. 841.

**No. 09-9439. Elmina Callender, Petitioner v. Ross Stores, Inc.**

559 U.S. 1111, 130 S. Ct. 2414, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3694, ▮

May 3, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 09-9442. Christopher Ysais, Petitioner v. Matthew Reynolds, et al.**

559 U.S. 1111, 130 S. Ct. 2414, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3814, ▮

May 3, 2010. Petition for writ of certiorari to the Supreme Court of New Mexico denied.

**No. 09-9465. Samuel Cann, Petitioner v. George W. Hayman, Commissioner, New Jersey Department of Corrections, et al.**

559 U.S. 1111, 130 S. Ct. 2411, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3839.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 822.

**No. 09-9520. Anthony Ray Thompson, Petitioner v. Raymond J. Sobina, Superintendent, State Correctional Institution at Albion.**

559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3824, ▮

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.